UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT J. MOLENARO,<br><br>    Plaintiff(s),<br><br>-against-<br><br>CREDIT CONTROL, LLC.<br><br>    Defendant(s). | Civil Case No.: 2:17-cv-00945 WJM-MF<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal with be filed shortly.

Dated: March 8, 2017

*/s/ Joseph K. Jones*
JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Fairfield Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile
jkj@legaljones.com

*Attorneys for Plaintiff, Scott J. Molenaro*